323 So.2d 373

In re ALLEN TRUCKING CO., INC.

v.

Joel D. ADAMS.

Ex parte Frank B. EMBRY.

SC 1435.

Supreme Court of Alabama.

Nov. 26, 1975.

Luther H. Waller, Jr., Montgomery, for petitioner.

A. Pope Gordon, Montgomery, for respondent.

FAULKNER, Justice.

Petition of Frank B. Embry for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Allen Trucking Co., Inc. v. Adams*, 56 Ala.App. 478, 323 So.2d 367.

*Writ quashed.*

All the Justices concur.

329 So.2d 616

In re Ricky ARLEDGE

v.

STATE.

Ex parte Ricky Arledge.

SC 1775.

Supreme Court of Alabama.

March 9, 1976.

Gordon F. Bailey, Jr., Anniston, for petitioner.

No appearance for the State.

FAULKNER, Justice.

Petition of Ricky Arledge for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Arledge v. State*, 57 Ala.App. 553, 329 So.2d 613.

WRIT DENIED.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

326 So.2d 288

Robert James BARREN

v.

NATIONAL GYPSUM COMPANY.

SC 1479.

Supreme Court of Alabama.

Jan. 22, 1976.

Frankie Fields Smith, Mobile, for appellant.

Brock B. Gordon, Mobile, for appellee.

MERRILL, Justice.

The identical question on the same facts presented in *Hayes v. Alabama Dry Docks and Shipbuilding Company*, 295 Ala. 216, 326 So.2d 289, this day decided, is raised on this appeal. The trial court correctly dismissed the complaint in this case as it did in *Hayes*, supra, and on the authority of *Hayes*, the judgment is affirmed.

Affirmed.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.